**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

Darian K. Robinson, Petitioner.

Appellate Case No. 2010-172947

---

**ON WRIT OF CERTIORARI TO THE COURT OF APPEALS**

---

Appeal from Greenville County
John C. Few, Circuit Court Judge

---

Memorandum Opinion No. 2014-MO-025
Heard June 12, 2014 – Filed July 2, 2014

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Chief Appellate Defender Robert Michael Dudek, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant

Deputy Attorney General Donald J. Zelenka, and Senior Assistant Attorney General W. Edgar Salter, III, all of Columbia, and Solicitor William Walter Wilkins, III, of Greenville, for Respondent.

---

**PER CURIAM:** After careful consideration of the Record, Appendix, and briefs, the writ of certiorari is

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, Acting Chief Justice, BEATTY, KITTREDGE, JJ., and Acting Justices Dorothy Mobley Jones and D. Craig Brown, concur.**